1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

11

12

13

14

15

16

| BOBBY ALLEN BRYANT, | ) | Case No. CV 13-4629-GW (DTB) |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND |
| LINDA T. MCGREW, | ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| Respondent. | ) | |

17

18

19

20

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

21

22

23

24

25

IT THEREFORE IS ORDERED that Judgment be entered granting respondent's Motion to Dismiss; dismissing petitioner's claims regarding the impact of the detainer on his custody classification, facility designation, and participation in rehabilitative programs without prejudice and without leave to amend; and transferring the remaining action to the Southern District of Florida.

26

27

28

Dated: July 30, 2014

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1