JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOBBY ALLEN BRYANT, | ) | Case No. CV 13-4629-GW (DTB) |
| Petitioner, | ) | |
| vs. | ) | **J U D G M E N T** |
| LINDA T. MCGREW, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that respondent's Motion to Dismiss is granted; petitioner's claims regarding the impact of the detainer on his custody classification, facility designation, and participation in rehabilitative programs are dismissed without prejudice and without leave to amend; and the remaining action is hereby transferred to the Southern District of Florida.

Dated: July 30, 2014

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE